IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:15CR102 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO UNSEAL** |
| MICHAEL ANTHONY BENANTI | ) | |
| BRIAN S. WITHAM | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced case be unsealed.

This the 3rd day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

DENNIS L. HOWELL